# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| LINCOLN SON, | : |
| Petitioner, | : Civ. No. 16-5061 (RBK) |
| v. | : |
| DAVID ORTIZ, | : **MEMORANDUM AND ORDER** |
| Respondent. | : |

Petitioner is a federal prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Currently pending before this Court is petitioner's second request for an extension of time to file a reply in support of his habeas petition. Good cause being shown, petitioner's request will be granted. Petitioner may file a reply on or before July 14, 2017.

Accordingly, IT IS this 30th day of May, 2017,

ORDERED that petitioner's request for an extension of time to file a reply brief in support of his habeas petition (Dkt. No. 7) is granted; and it is further

ORDERED that petitioner may file his reply brief in support of his habeas petition on or before July 14, 2017; and it is further

ORDERED that the Clerk shall serve this memorandum and order on petitioner by regular U.S. mail.

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge